# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138667

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 138667
                                        COA: 288041
                                        Bay CC: 79-000232-FC

SHELDON DWIGHT MURRY,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921